JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

*E-FILED - 8/12/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00503-RMW |
| Plaintiff, ) | |
| ) | STIPULATION AND [] |
| v. ) | ORDER RESCHEDULING SENTENCING HEARING |
| GILBERT ANTHONY MUNOZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties with good cause appearing therefore, and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, August 17, 2009 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, September 28, 2009 at 9:00 a.m. is hereby set.

It is so stipulated:

Dated: ____8/5/09_____        _____/S/_____
                                                    JOHN N. GLANG
                                                    Assistant U.S. Attorney

STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00503-RMW

1  It is so stipulated:

2  Dated: ___8/5/09_____                    _____/S/_____
                                                 WILLIAM MICHAEL WHELAN
3                                                Attorney for Gilbert Anthony Munoz

4

5
                              [] ORDER_____
6
   Based upon the stipulation of the parties and good cause appearing therefore, it is hereby
7
   ordered that the sentencing hearing for the defendant in the above-entitled case, currently
8
   scheduled for Monday, August 17, 2009 at 9:00 a.m., be continued and a new sentencing hearing
9
   date of Monday, September 28, 2009 at 9:00 a.m. is hereby set.
10

11

12 It is so ORDERED:

13 Dated: ___8/12/09_____                     *Ronald M. Whyte*_____
                                                 RONALD M. WHYTE
14                                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00503-RMW**                                2