1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5084
7    Fax: (408)-535-5066                    *E-FILED - 2/2/10*
     E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 09-00503-RMW
                                     )
15              Plaintiff,           )
                                     )   STIPULATION AND []
16         v.                        )   ORDER RESCHEDULING SENTENCING
                                     )   HEARING
17  GILBERT ANTHONY MUNOZ,           )
                                     )
18              Defendant.           )
                                     )
19

20      IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21  and based upon such stipulation it is hereby ordered, that the sentencing hearing for the

22  defendant in the above-entitled case, currently scheduled for Monday, January 11, 2010 at 9:00

23  a.m., be continued and a new sentencing hearing date of Monday, March 15, 2010 at 9:00 a.m. is

24  hereby set.

25  It is so stipulated:

26  Dated: __1-7-10_____          _____/S/_____
                                       JOHN N. GLANG
27                                     Assistant U.S. Attorney

28

**STIPULATION AND [] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00503-RMW**

1  It is so stipulated:

2  Dated: ___1-7-10_____                        _____/S/_____
                                                    WILLIAM MICHAEL WHELAN
3                                                   Attorney for Gilbert Anthony Munoz

## [] ORDER

Based upon the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Monday, January 11, 2010 at 9:00 a.m., be continued and a new sentencing hearing date of Monday, March 15, 2010 at 9:00 a.m. is hereby set.

It is so ORDERED:

Dated: __2/2/10_____                            _____/s/ Ronald M. Whyte_____
                                                    RONALD M. WHYTE
                                                    United States District Judge